UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E. VALERIE SMITH,

      Plaintiff,

v.                   Case No: 2:14-cv-50-FtM-29MRM

FLORIDA GULF COAST
UNIVERSITY BOARD OF
TRUSTEES,

      Defendant.

_____

**ORDER**

This matter comes before the Court on Defendant's Omnibus Motion in Limine (Doc. #83), filed on April 25, 2016. Defendant seeks to exclude the following evidence from being introduced at trial: (1) Evidence concerning Plaintiff's performance prior to the 2007-2008 academic year; (2) Claims dismissed by the Court's Order on Defendant's Motion to Dismiss; (3) Plaintiff's identification of witnesses and damages not disclosed in her initial disclosures; (4) Plaintiff's vague categories of witnesses; (5) Inadmissible evidence regarding Plaintiff's statements to the EEOC; (6) Testimony from Plaintiff's witnesses not possessing relevant knowledge as to the claims at issue, including current and former FGCU faculty members and administrators as well as improper comparators; (7) Other FGCU faculty members' syllabi; and (8) Testimony by Plaintiff's

children.   (Id.)   Plaintiff filed a Response (Doc. #93) on May 12, 2016.

As stated on the record during the Final Pretrial Conference, the Court **denies** Defendant's Motion in Limine, finding that it is unable to conclude at this stage of the proceedings that these matters are not admissible.   Defendant may of course object to any specific item of such evidence if it is offered in this case.

Accordingly, it is hereby

**ORDERED:**

Defendant's Omnibus Motion in Limine (Doc. #83) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this ___22nd__ day of February, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 2 -