# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**E. VALERIE SMITH,**

        **Plaintiff,**

**vs.**                                 **Case No. 2:14-cv-50-FtM-29MRM**

**FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,**

        **Defendant.**

_____/

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant, Florida Gulf Coast University Board of Trustees ("Defendant" or "FGCU"), hereby files the following proposed questions for the jury venire on voir dire, in addition to the Court's standard voir dire questions.

1.      Have you ever felt that you were a victim of discrimination or retaliation at work?  Did you ever file any kind of complaint, formal or informal?

2.      Do you believe that just because an employee claims discrimination that makes him or her immune from discipline?

3.      Have any members of your family or any of your close friends ever indicated that they felt that they were a victim of discrimination or retaliation at work?  Did they ever file any kind of complaint, formal or informal?

4.      Do you agree that someone may personally feel discriminated or retaliated against but an objective person might not see it that way?

5.      Do you think that just because someone feels they have been a victim of discrimination or retaliation it doesn't necessarily mean they have been?

6.      Have you or any members of your family ever filed a lawsuit against an employer?  What type of lawsuit was it and what was the outcome?

7.      Have you (or any members of your family) ever been fired from a job?  Why were you (or they) fired and did you (or they) think that the employer acted appropriately or fairly?

8.      Have you ever held a supervisory/managerial position at work?

9.      Have you ever been responsible for the hiring or firing of employees?  If so, have you ever had to discharge an employee?

10.      Have you ever had any training in the field of human resources/personnel work?

11.      Do you believe that an employer has the right to terminate employees for failing to performance their job satisfactorily?

12.      Do you believe a manager has the right to set performance standards?

13.      Do you agree that the supervisor can discipline an employee if he or she is not meeting those expectations?

14.      Do you believe that a supervisor can terminate even a long time employee if he or she is not meeting performance standards?

15.      Do you believe that an employer should have the right to make any employment decision on its own, for any reason, fair or unfair, so long as that reason is not based on illegal discrimination or retaliation?

16.     Can you restrict yourself to determining that an employer acted lawfully and not second guess business decisions which, although you might not agree with, the employer had a right to take?

17.     Do you believe that FGCU, as a governmental entity, is entitled to the same treatment as an individual in the eyes of the law?

18.     Have you or any member of your family ever been employed by FGCU?

19.     Have you or any member of your family ever had any employment as a professor?

20.     Have you or any member of your family attended FGCU?

21.     Do you believe that professors in higher education are accountable to their students?

22.     Have you ever had a bad or unpleasant experience that involved FGCU, or do you otherwise have any negative feelings about FGCU?

23.     Do you believe that deadlines are important?

24.     If the law provides a specific deadline to make a claim, could you apply that law even if you thought it was harsh.

25.     Do you feel that simply because the Plaintiff filed a lawsuit, she is entitled to recovery?

26.     Have you ever been a member of a union?

27.     Have you ever served in the military?

28.     Have you ever held a law enforcement job?

3

29.     Do you know any of the following individuals who may be witnesses in this matter?

| | |
|---|---|
| Dr. Eleanor Valerie Smith | Dr. Donna Price Henry |
| Dr. Paul Asfour | Madeline Holzem |
| Dr. Stacy Andersen | Dr. Joan Manley |
| Steve Belcher | Dr. Johnny McGaha |
| Dr. Anne-Marie Bouché | Robert McKee |
| Dr. Martin Bourgeois | Dr. Charles McKinney |
| Dr. Wilson Bradshaw | Dr. Jan-Marin Meij |
| Dr. David Brown | Rasheed Moss |
| Dr. Erik Carlson | Maia Moss-Fife |
| Julia Corbett | Dr. Hudson Rogers |
| Dr. John Cox | Dr. Joanna Salapska-Gelleri |
| Dr. Joseph Cudjoe | Dr. Richard Schnackenberg |
| Dr. Kris De Welde | Dr. Eric Strahorn |
| Dr. Cathy Duff | Dr. Kenneth Tarnowski |
| Dr. Michael Epple | Dr. Ronald Toll |
| Cheryl Seals Gonzalez | Dr. Irv Winsboro |
| Dr. Katherine Hale | Dr. Bonnie Yegedis |

30.     Will each of you follow the law given to you by the Court, even if you may disagree with it?

31.     Will you be able to put aside sympathy and render a verdict based on the law as the Court instructs you?

32.     Is there any reason why you cannot render a fair and impartial verdict in this case?

33.     Do you understand that the fact that a trial is set to take place in this lawsuit means only that the parties disagree about the facts that are material to the outcome of the case? Or has the fact that this case will be resolved by a trial make you more likely to believe that the Plaintiff must have been treated unlawfully?

4

DATED this <u>24th</u> day of March, 2017.

Respectfully submitted,

<u>*/s/ Sacha Dyson*</u>
GREGORY A. HEARING
Florida Bar No. 817790
SACHA DYSON
Florida Bar No.: 509191
sdyson@tsghlaw.com
JEFFERY L.PATENAUDE
Florida Bar No. 0070215
jpatenaude@tsghlaw.cm
THOMPSON, SIZEMORE, GONZALEZ
& HEARING, P.A.
201 N. Franklin Street, Suite 1600
Post Office Box 639 (33601)
Tampa, Florida, 33602
Tel:  (813) 273-0050
Fax:  (813) 273-0072
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing this <u>24th</u> day of March, 2017, to the following:

Cynthia N. Sass
Benjamin S. Briggs
Yvette D. Everhart
Law Offices of Cynthia N. Sass, P .A.
601 West Dr. Martin Luther King, Jr. Blvd
Tampa, Florida 33603

and

Peter F. Helwig, Esquire
Harris & Helwig, P.A.
6700 South Florida Avenue,  Suite 31
Lakeland, Florida 33813

*/s/ Sacha Dyson*
Attorney