UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E. VALERIE SMITH,

    Plaintiff,

v.                                      Case No: 2:14-cv-50-FtM-29MRM

FLORIDA GULF COAST UNIVERSITY BOARD OF TRUSTEES,

    Defendant.

_____

**VERDICT FORM**

I.   Discrimination Claim:

1. As to the claim of discrimination under Title VII, do you find that Plaintiff has established by a preponderance of the evidence that her race or sex was a motivating factor that prompted the Defendant to terminate Plaintiff's employment?

    A.

        Yes _____         or         No __X__

        IF YOUR ANSWER IS "YES" TO QUESTION 1A, PLEASE ALSO CHECK ONE OR BOTH MOTIVATING FACTORS IN 1B AND PROCEED TO QUESTION 2. IF YOUR ANSWER IS "NO", STOP. SKIP QUESTION 1B AND 2, AND PROCEED TO THE NEXT CLAIM IN QUESTION 4. YOU HAVE FOUND FOR THE DEFENDANT ON THIS CLAIM.

    B.

        Race _____         or         Sex _____

2. As to the claim of discrimination under Title VII, do you find that Defendant has established by a preponderance of the evidence that it would have terminated Plaintiff's employment even if the Defendant had not taken Plaintiff's race or sex into account?

      Yes _____      or      No _____

IF YOUR ANSWER IS "YES", STOP. PROCEED TO THE NEXT CLAIM IN QUESTION 4. YOU HAVE FOUND FOR THE DEFENDANT ON THIS CLAIM. IF YOUR ANSWER IS "NO", PROCEED TO THE NEXT QUESTION.

3. As to the claim of discrimination under Title VII, do you find that Plaintiff has established by a preponderance of the evidence that she suffered damages because of the discrimination?

      Yes _____      or      No _____

II. Retaliation Claim:

As to the claim of retaliation under Title VII, do you find by a preponderance of the evidence,

4. That Plaintiff engaged in protected activity?

        Yes _____       or       No __X__

    IF YOUR ANSWER IS "NO", STOP. PROCEED DIRECTLY TO THE INSTRUCTIONS PAGE. YOU HAVE FOUND FOR THE DEFENDANT ON THIS CLAIM. IF YOUR ANSWER IS "YES", PROCEED TO THE NEXT QUESTION.

5. That the Defendant terminated Plaintiff's employment because of Plaintiff's protected activity?

        Yes _____       or       No _____

    IF YOUR ANSWER IS "NO", YOU HAVE FOUND FOR THE DEFENDANT ON THIS CLAIM. SKIP QUESTION 6, AND PROCEED TO THE INSTRUCTIONS PAGE. IF YOUR ANSWER IS "YES", PROCEED TO THE NEXT QUESTION.

6. That Plaintiff suffered damages because of the retaliation?

        Yes _____       or       No _____

## Instructions

PROCEED TO DAMAGES ON THE NEXT PAGE ONLY IF YOUR ANSWER IS "YES" FOR EITHER QUESTIONS 3 OR 6, OR "YES" FOR BOTH QUESTIONS 3 AND 6.

\*\*\*

IF YOU DID NOT REACH QUESTIONS 3 AND 6, OR IF YOUR ANSWER IS "NO" TO BOTH QUESTIONS 3 AND 6, STOP. THIS ENDS YOUR DELIBERATIONS. PLEASE SKIP THE REMAINING QUESTIONS ON DAMAGES, AND HAVE YOUR FOREPERSON SIGN AND DATE THE LAST PAGE OF THIS VERDICT FORM.

OTHERWISE, PROCEED TO THE NEXT PAGE ON DAMAGES.

\*\*\*

## Damages - All Claims

7. In what amount should Plaintiff be awarded damages up to the date of your verdict?

    Net loss of wages and benefits  $ _____

    Emotional pain and mental anguish $ _____

    TOTAL DAMAGES:       $ _____

SO SAY WE ALL.

_____
FOREPERSON'S SIGNATURE

4-5-2017
DATE