**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

E. VALERIE SMITH,

        Plaintiff,

vs.                          Case No. 2:14-cv-50-FtM-29MRM

**FLORIDA GULF COAST UNIVERSITY**
**BOARD OF TRUSTEES,**

        **Defendant.**
_____/

## JOINT MOTION AND STIPULATION ON PROPOSED BILL OF COSTS

The parties to the above entitled action wish to advise the Court that the matter of Defendant's Proposed Bill of Costs (Dkt. 135 and 136) and Plaintiff's Objection thereto (Dkt. 137) has been resolved by agreement. Wherefore, the parties hereby agree, stipulate, and request that the same be terminated as moot.

Respectfully submitted this 3rd day of May, 2017.

| | |
|---|---|
| */s/Yvette D. Everhart* | */s/Sacha Dyson* |
| Yvette D. Everhart | SACHA DYSON |
| Florida Bar No. 36960 | Florida Bar No. 509191 |
| yeverhart@sasslawfirm.com | sdyson@tsghlaw.com |
| Sass Law Firm | GREGORY A. HEARING |
| 601 West Dr. Martin Luther King, Jr. Blvd. | Florida Bar No. 817790 |
| Tampa, Florida 33603 | ghearing@tsghlaw.com |
| Telephone: (813) 251-5599 | Thompson, Sizemore, Gonzalez, |
| Facsimile: (813) 259-9797 |  & Hearing, P.A. |
| | Post Office Box 639 |
| and | Tampa, Florida 33601 |
| | Telephone: (813) 273-0050 |
| Peter F. Helwig | Facsimile: (813) 273-0072 |
| Florida Bar No. 588113 | Attorneys for Defendant |
| pfhelwig@tampabay.rr.com | |
| Harris & Helwig, P.A. | |
| 6700 South Florida Avenue, Suite 31 | |
| Lakeland, Florida 33813 | |

Telephone: (863) 648-2958
Facsimile: (863) 619-8901

Attorneys for Plaintiff